IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FENGHUI FAN, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-08-3524 |
| § | |
| VICKI BREWER, § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL

For the reasons stated in this court's Memorandum and Opinion entered this date, the federal-law claims are dismissed with prejudice and the state-law claims are dismissed without prejudice.

SIGNED on June 17, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge