IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FENGHUI FAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-08-3524 |
| | § | |
| VICKI BREWER, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

The motions recently filed by the plaintiff, (Docket Entries No. 70-74), are stricken. This case is on appeal and the motions appear to be appropriately addressed to that court.

SIGNED on January 29, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge